Jarrod Y. Nakano (SBN 235548)
McFarlin LLP
4 Park Plaza, Suite 1025
Irvine, CA
(949) 544-2640

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MATHIAS, an Individual.<br><br>Plaintiff(s),<br><br>v.<br><br>1701 PARTNERS, LLC, a California limited liability company; 1701 PARTNERS, a business of unknown form; and DOES 1-100.<br><br>Defendant(s). | CASE NUMBER<br><br>Case 2:19-cv-08842-ODW-DFM<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) <u>1701 PARTNERS, LLC, a California limited liability company.</u>

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by <u>Plaintiff, VERONICA MATHIAS</u>.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| 12/11/2019 | /s/ Jarrod Y. Nakano |
| *Date* | *Signature of Attorney/Party* |

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
VERONICA MATHIAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MATHIAS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>1701 PARTNERS, a business of unknown form; and DOES 1-100,<br><br>Defendant. | Case No.: 2:19-cv-08842-ODW-DFM<br><br>Judge: Hon. Otis D. Wright II<br>Courtroom: 5D<br><br><br><br>**PROOF OF SERVICE**<br><br><br><br><br><br><br><br><br><br><br><br>Date Action Filed: October 15, 2019<br>Trial Date: None Yet Set |

- 1 -

## DECLARATION OF PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. I am employed in the office of a member of the bar of this court at those direction the service was made. My business address is MCFARLIN LLP, 4 Park Plaza, Suite 1025, Irvine, CA 92614. On December 11, 2019, I served the following document(s) by the method indicated below:

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) OR (c).**

X   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing this document(s).

| | |
|---|---|
| Jake A. Soberal<br>8080 N. Palm Ave., Floor 3<br>Fresno, CA 93721 | Agent for Service of Process |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 11, 2019, at Irvine, California.

/s/ Michael P. Sanchez
------------------------
Michael P. Sanchez