**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Facsimile: (949) 336-7612

Attorneys for Plaintiff
VERONICA MATHIAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MATHIAS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>1701 PARTNERS, a business of unknown form, and DOES 1-100,<br><br>Defendant. | Case No.: 2:19-cv-08842-ODW-DFM<br><br>Judge: Hon. Otis D. Wright II<br>Courtroom: 5D<br><br>**NOTICE OF VOLUNTARY DISMISSAL.**<br><br>[Fed.R.Civ.P. 41(a)]<br><br><br><br>Date Filed: October 15, 2019<br>Trial Date: Not Yet Set |

- 1 -

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff VERONICA MATHIAS, voluntarily dismisses the above-captioned action without prejudice.

DATED: December 13, 2019       MCFARLIN LLP

                               By:  /s/ Jarrod Y. Nakano
                               _____

                               Jarrod Y. Nakano, Esq.
                               Attorneys for Plaintiff
                               VERONICA MATHIAS